# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALFRED SEIPLE | : | |
|     Plaintiff | : | CIVIL ACTION |
| | : | No. 13-1826 |
| v. | : | |
| | : | |
| PROGRESSIVE NORTHERN INS. CO. | : | |
|     Defendant | : | |

## ORDER

**AND NOW,** this ___10th____ day of July, 2013, it is **ORDERED** that Defendant's Motion to Dismiss (Doc. 15) is **GRANTED**.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: