HAGGERTY, GOLDBERG, SCHLEIFER & KUPERSMITH, P.C.
BY: JAMES C. HAGGERTY, ESQUIRE

Attorney I.D. Nos: 30003
1835 Market Street, Suite 2700
Philadelphia, PA 19103
267-350-6600

**ATTORNEY FOR PLAINTIFF,**
Alfred Seiple, Individually and on Behalf
of a Class of Similarly Situated Individuals

---

### IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALFRED SEIPLE, Individually and on :
Behalf of a Class of Similarly Situated Individuals :
:
vs. : NO. 2:13-CV-01826-AB
:
PROGRESSIVE NORTHERN INSURANCE :
COMPANY :

### NOTICE OF APPEAL

Notice is hereby given that Alfred Seiple, individually and on behalf of a class of similarly situated persons, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Order granting the Motion to Dismiss of the defendant, Progressive Northern Insurance Company, entered in this action on the 10th day of July, 2013. This Order has been entered in the docket entries as evidenced by the attached copy of the docket entries. There is no Transcript of any proceedings in this matter.

Respectfully,

HAGGERTY, GOLDBERG, SCHLEIFER
& KUPERSMITH, P.C.

BY: _____
JAMES C. HAGGERTY, ESQUIRE
*Attorney for Plaintiff,*
Alfred Seiple, Individually and on Behalf of
a Class of Similarly Situated Persons

Date: 7/15/13

1